UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 13-0719 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS SINGLE DEFENDANT** (Doc. 14.) |
| vs. | |
| LA PRINCESA MARKET #15 DINUBA, INC., et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant La Princesa Market #15 Dinuba, Inc. only.

IT IS SO ORDERED.

Dated: **July 9, 2013**          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1