Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAEED K. MOHAMED dba LA PRINCESA MARKET, et al.,<br><br>          Defendants. | No. 1:13-cv-00719-BAM<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Saeed K. Mohamed dba La Princesa Market; Fahd Mohamed Saeed dba La Princesa Market; Raoul J. Freeman, Trustee of the Raoul and Ellen Freeman Family Trust dated Nov. 3, 1983; and Ellen A. Freeman, Trustee of the Raoul and Ellen Freeman Family Trust dated Nov. 3, 1983 (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated August 29, 2013 (ECF No. 27) pursuant to Fed. R. Civ. P. 16(b)(4), which set the last date for

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER

amendment as November 15, 2013.

**IT IS FURTHER STIPULATED** that Plaintiff will file his Second Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: October 25, 2013        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

Dated: November 11, 2013       LAW OFFICES OF SAMUEL G. GRADER

*/s/ John T. Hill*
John T. Hill
Attorneys for Defendants
Raoul J. Freeman, Trustee of the Raoul and Ellen Freeman Family Trust dated Nov. 3, 1983; and Ellen A. Freeman, Trustee of the Raoul and Ellen Freeman Family Trust dated Nov. 3, 1983

Dated: November 1, 2013        */s/ Bruce A. Neilson*
Bruce A. Neilson
Attorney for Defendants
Saeed K. Mohamed dba La Princesa Market and Fahd Mohamed Saeed dba La Princesa Market

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **November 12, 2013**                    /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER