1  **Bruce A. Neilson #096952**
   **7108 N. Fresno St. #190**
2  **Fresno, California  93720**
   **Telephone (559) 432-9831**
3  **Facsimile (559) 432-1837**

4  **Attorney for Defendants**
   Saeed K. Mohamed and Fahd Mohamed Saeed,
5  dba La Princesa Market

6

7                  **UNITED STATES DISTRICT COURT**

8                  **EASTERN DISTRICT OF CALIFORNIA**

                          * * * * *

9
   RONALD MOORE,                        )      CASE NO.  1:13−CV−00719−LJO−BAM
10                                       )
      Plaintiff,                         )
11                                       )
   vs.                                   )      STIPULATION AND ORDER TO
12                                       )      CONTINUE SETTLEMENT CONFERENCE
   SAEED K. MOHAMED dba LA PRINCESA      )
13 MARKET; FAHD MOHAMED SAEED dba        )      Current Date: January 13, 2014
   LA PRINCESA MARKET; RAOUL J.          )      Time: 10:00 a.m.
14 FREEMAN, Trustee of the RAOUL and     )      Ctrm: #9 (6ᵗʰ Fl)
   ELLEN FREEMAN FAMILY TRUST dated      )
15 Nov. 3, 1983; ELLEN A. FREEMAN, Trustee )   Stanley A. Boone
   of the RAOUL and ELLEN FREEMAN        )      U.S. Magistrate Judge
16 FAMILY TRUST dated Nov. 3, 1983,      )
                                         )
17    Defendants.                        )
                                         )
18 _____       )

19 WHEREAS:

20      1.   Plaintiff Ronald Moore filed this action on May 16, 2013, and a second amended

21 complaint was filed November 14, 2013.

22      2.   Plaintiff and Defendants are in settlement negotiations at this time and it appears

23 highly likely that a settlement is imminent, however, due to the holiday season and unavailability

24 of parties/representatives, approximately two weeks will be needed to finalize the settlement.

25      3.   A settlement conference in this action is currently set for January 13, 2014;

26      4.   Parties agree that settlement of this case would save valuable court time and

27 resources and make the pending settlement conference unnecessary. Further, preparation for the

28

1   settlement conference will add to the costs of the case and make it more difficult to reach a

2   settlement.

3          NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore,

4   through his attorneys, hereby stipulate and agree that the settlement conference in this matter

5   shall be continued to a date on or after January 27, 2014 at the Court's convenience, pending

6   court approval.

7   IT IS SO STIPULATED.

8   Dated: December 20, 2013                    _____/s/ Bruce A. Neilson_____
                                                Bruce A. Neilson, Attorney for Defendants
9                                               SAEED K. MOHAMED and FAHD
                                                MOHAMED SAEED dba LA PRINCESA
10                                              MARKET

11  DATED: December 20, 2013                    LAW OFFICES-OF SAMUEL G. GRADER

12                                              _____/s/ John T. Hill_____
                                                John T. Hill, Attorney for Defendants
13                                              RAOUL J. FREEMAN. Trustee of the
                                                RAOUL and ELLEN FREEMAN FAMILY
14                                              TRUST dated Nov. 3, 1983, and ELLEN A.
                                                FREEMAN, Trustee of the RAOUL and
15                                              ELLEN FREEMAN FAMILY TRUST
                                                dated Nov. 3, 1983.

16

17                                              MOORE LAW FIRM, PC

18  Dated: December 20, 2013                    _____/s/ Tanya E. Moore_____
                                                Tanya E. Moore, Attorneys for Plaintiff
19
                                    **ORDER**
20
           The Parties having so stipulated and good cause appearing,
21
           **IT IS HEREBY ORDERED** that the settlement conference in this action be continued
22
    from January 13, 2014 to February 27, 2014 at 10:00 am in Courtroom 9 of the above entitled
23
    court.
24
    IT IS SO ORDERED.
25
       Dated:   **December 20, 2013**        _____
26
                                             UNITED STATES MAGISTRATE JUDGE
27

28

Ronald Moore v. Saeed K. Mohamed et al.
Stip and Order to Continue Settlement Conf.                    Case No. 1:13-CV-00719