Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:13-cv-00719-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| SAEED K. MOHAMED dba LA PRINCESA MARKET, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Saeed K. Mohamed dba La Princesa Market; Fahd Mohamed Saeed dba La Princesa Market; Raoul J. Freeman, Trustee of the Raoul and Ellen Freeman Family Trust dated Nov. 3, 1983; and Ellen A. Freeman, Trustee of the Raoul and Ellen Freeman Family Trust dated Nov. 3, 1983; the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: February 11, 2014                 MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*

STIPULATION FOR DISMISSAL OF ACTION; ORDER

1
Tanya E. Moore
Attorneys for Plaintiff
2
Ronald Moore

3
Date: February 10, 2014                    LAW OFFICES OF SAMUEL G. GRADER
4

5
                                           _/s/ John T. Hill_____
6
                                           John T. Hill
                                           Attorneys for Defendants
7
                                           Raoul J. Freeman, Trustee of the Raoul and Ellen
                                           Freeman Family Trust dated Nov. 3, 1983; and
8
                                           Ellen A. Freeman, Trustee of the Raoul and Ellen
9
                                           Freeman Family Trust dated Nov. 3, 1983

10

11
Date: February 10, 2014                    _/s/ Bruce A. Neilson_____
12
                                           Bruce A. Neilson
                                           Attorney for Defendants
13
                                           Saeed K. Mohamed dba La Princesa Market and
                                           Fahd Mohamed Saeed dba La Princesa Market
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; ORDER

1

**ORDER**

2

The parties having so stipulated,

3

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

Each party shall bear its own attorney's fees and costs.   The clerk is directed to close this

5

action.

6

7

IT IS SO ORDERED.

8

Dated:   **February 11, 2014**          /s/ *Barbara A. McAuliffe*

9

UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28